## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-32123 |
| KIMBERLY LYNN RICH | ) | S.S. # xxx.xx.5307 |
| Debtor. | ) | Chapter 7 Bankruptcy |

### REPORT OF SALE

Comes now Rebecca Hoyt Fischer, Trustee herein, and for her Report of Sale states:

1. On October 11, 2016, the Trustee received payment for the estates carve out from the sale of Debtor's real estate located at 57924 Ellis St., Elkhart, IN (the "Real Estate") in the sum of $4,843.45.

2. Pursuant to the Court's order approving the sale, on October 3, 2016, the Trustee executed a Trustee's Deed to Jose Barron Garcia for the Real Estate.

3. Attached hereto as Exhibit "A" is a copy of the settlement statement.

WHEREFORE, the Trustee respectfully requests that the Court approve this Report of Sale.

Date:  October 11, 2016			/s/ Rebecca H. Fischer
					Rebecca Hoyt Fischer			#10537-72
					LADERER & FISCHER
					401 E. Colfax Ave., Suite 305
					South Bend, IN 46617
					Telephone: (574) 284-2354
					rebecca@ladfislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2016, a true and correct copy of the above and foregoing Report was served electronically through the court's ECF system upon the following parties:

    LORAINE P. TROYER                  U.S. Trustee
    KCCOOK2347@FRONTIER.COM      USTPRegion10.SO.ECF@usdoj.gov

    and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

    KIMBERLY LYNN RICH
    57924 ELLIS ST
    ELKHART, IN 46516

                                        /s/ Rebecca H. Fischer
                                        Rebecca Hoyt Fischer

| American Land Title Association | ALTA Settlement Statement - Cash |
| --- | --- |
| | Adopted 05-01-2015 |

**ServiceLink, LLC**
**ALTA Universal ID:**
**400 Corporation Drive**
**Aliquippa, PA 15001**

| File No./Escrow No. : | 150318320 |
| --- | --- |
| Print Date & Time: | August 19, 2016 9:06 am |
| Officer/Escrow Officer | SL SoftProIncomingWires |
| : Settlement Location : | 400 Corporation Drive |
| | Aliquippa, PA 15001 |
| | |
| Property Address: | 57924 Ellis St |
| | Elkhart, IN 46516 |
| Buyer: | Jose Barron Garcia |
| Seller: | Rebecca Fischer, Bankruptcy Trustee for the Estate of Kimberly L. Rich |
| Lender: | |
| | |
| Settlement Date: | September 30, 2016 |
| Disbursement Date: | September 30, 2016 |

| Seller | | Description | Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 55,000.00 | Sale Price of Property | 55,000.00 | |
| | | Deposit or earnest money | | 500.00 |
| | | Deposit | | 20.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 139.21 | County Taxes 09/30/16 - 12/31/16 | 139.21 | |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| 550.00 | | Closing Fee to ServiceLink, LLC | | |
| | | Closing Fee to ServiceLink, LLC | 480.00 | |
| 60.00 | | Deed Prep Fee to Rosenberg LPA | | |
| | | State of Indiana TIEFF to ServiceLink, LLC | 10.00 | |
| 250.00 | | Title Search Fee to ServiceLink, LLC | | |
| 202.50 | | Owner's Title Insurance to ServiceLink, LLC Coverage: 55,000.00 Premium: 202.50 | | |
| | | | | |
| | | **Commissions** | | |

Copyright 2015 American Land Title Association
All rights reserved
Page 1 of 3
EXHIBIT A
File # 150318320 / 22
Printed on 08/19/16 at 9:06:29AM by 6013648

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Commissions (continued)** | | |
| 1,650.00 | | COMMISSION to CARRINGTON REAL ESTATE SERVICES | | |
| 1,650.00 | | COMMISSION to CENTURY 21 AFFILIATED | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| 44.00 | | Recording Fees to ServiceLink Advance Recording Account | | |
| | | | | |
| | | **Payoff(s)** | | |
| 43,043.14 | | Payoff of First Mortgage Loan | | |
| | | Loan Payoff                          43,043.14 | | |
| | | Total Payoff                         43,043.14 | | |
| | | | | |
| 2,589.57 | | Payoff of Second Mortgage Loan | | |
| | | Loan Payoff                           2,589.57 | | |
| | | Total Payoff                          2,589.57 | | |
| | | | | |
| | | **Miscellaneous** | | |
| 4,500.00 | | BK RELEASE FEE to Rebecca Fischer, Bankruptcy Trustee for the Estate of Kimberly L. Rich | | |
| 600.00 | | COUNTY TAXES: 20-06-14-358-027.000-009 to ELKHART COUNTY TREASURER | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 55,139.21 | 55,139.21 | Subtotals | 55,629.21 | 520.00 |
| | | **Due from Buyer** | | 55,109.21 |
| 55,139.21 | 55,139.21 | **Totals** | 55,629.21 | 55,629.21 |

Copyright 2015 American Land Title Association
All rights reserved

File # 150318320 / 22
Printed on 08/19/16 at 9:06:29AM by 6013648

**Acknowledgement**
We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize ServiceLink, LLC to cause the funds to be disbursed in accordance with this statement.

Buyer

_____

Seller

Rebecca Fischer, Bankruptcy Trustee for
the Estate of Kimberly L. Rich

BY: *Rebecca Fischer* [signature]

SL SoftProIncomingWires
Resource Mailbox